✏AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF

**APPEARANCE**

Case Number:

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

I certify that I am admitted to practice in this court.

/s/ ELIZABETH M. BARROS

| Date | Signature |

| | Print Name | Bar Number |

| | Address |

| | City | State | Zip Code |

| | Phone Number | Fax Number |

1  **ELIZABETH M. BARROS**
   California State Bar No. 227629
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, CA 92101-5008
   (619) 234-8467/Fax: (619) 687-2666
4  E-Mail: elizabeth_barros@fd.org

5  Attorneys for Jorge Alberto Reynoso-Sandoval

6

7

8                         UNITED STATES DISTRICT COURT

9                        SOUTHERN DISTRICT OF CALIFORNIA

10                      **(HONORABLE CATHY ANN BENCIVENGO)**

11  UNITED STATES OF AMERICA,        )   Case No. 08MJ1473
                                     )
12            Plaintiff,             )
                                     )
13  v.                               )   **CERTIFICATE OF SERVICE**
                                     )
14  JORGE ALBERTO REYNOSO-SANDOVAL,  )
                                     )
15            Defendant.             )
    _____)
16

17        Counsel for Defendant certifies that a copy of the foregoing document has been served this day upon:

18                              U.S. Attorney CR
                            Efile.dkt.gc2@usdoj.gov
19

20                                          Respectfully submitted,

21

22  DATED:    May 15, 2008                  /s/ Elizabeth M. Barros
                                            **ELIZABETH M. BARROS**
23                                          Federal Defenders of San Diego, Inc.
                                            Attorneys for Jorge Alberto Reynoso-Sandoval
24

25

26

27

28